NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**CHRISTOPHER A. FINGER,**
*Petitioner,*

**v.**

**MERIT SYSTEMS PROTECTION BOARD,**
*Respondent.*

---

2012-3122

---

Petition for review of the Merit Systems Protection Board in case no. AT3330110522-I-1.

---

**ON MOTION**

---

**O R D E R**

Christopher A. Finger moves without opposition for a 58-day extension of time, until January 9, 2013, to file his reply brief.

Upon consideration thereof,

IT IS ORDERED THAT:

FINGER V. MSPB                                                                2

The motion is granted.

FOR THE COURT

 /s/ Jan Horbaly
Jan Horbaly
Clerk

s27